UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SHARON D. COLEMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL S. ASTRUE )<br>Commissioner of Social Security )<br>)<br>Defendants. ) | 1:10-CV-264<br><br>Collier/Carter |

## JUDGMENT ORDER

On September 23, 2011, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), United States Magistrate Judge William B. Carter filed a report and recommendation ("R&R") in this case 9Court File No. 18). In the R&R, Judge Carter recommended Defendant Michael Astrue ("Defendant") motion for summary judgment (Court File No. 16) be granted. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Accordingly, the Court **ORDERS** Defendant's motion for summary judgment (Court File No. 16) be **GRANTED.** As no further matters remain for adjudication, the Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

    **SO ORDERED.**

    **ENTER:**

                                  **/s/**
                                  **CURTIS L. COLLIER**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ Patricia L. McNutt
CLERK OF COURT